UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | | |
|---|---|---|
| CHRISTOPHER MASSENA, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 7:20-087-HRW |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR JOYNER, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Christopher Massena's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D. E. No. 1] is **DENIED**. Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 30th day of June, 2020.



**Signed By:**
*Henry R Wilhoit Jr.*
**United States District Judge**

1